■ The People of the State of New York, Respondent, v Leonard Hendricks, Appellant. — Judgment, Supreme Court, Bronx County (Carmen Beauchamp Ciparick, J.), rendered on March 18, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sandler, Sullivan, Carro and Kassal, JJ.

■ The People of the State of New York, Respondent, v Christopher Colon, Appellant. — Judgment, Supreme Court, New York County (Norman Fitzer, J.), rendered on November 12, 1981, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sandler, Sullivan, Carro and Kassal, JJ.